Revised 12/1/2009    LBR Appendix 1007-b-6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

_Angelica Tate_
Debtor(s)

_15-41068_
Bankruptcy Case Number

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/our knowledge.

Date: _05/01/15_

_[signature]_
Debtor Signature

Date: _____

_____
Joint Debtor Signature

Acceptance Now
5501 Headquarters drive
Plano TX, 75024

Capital one
P.O Box 30281 Salt Lake UT 84130
Central Financial Control P.O Box 660873
Dallas, TX 75260

Credit Protection Associates
One Galleria Tower 13355 Noel Road
Dallas, Texas 75240

Credit System
1277 country club
Fort worth Texas 76112

Enhance Recovery
P.O box 57547 Jacksonville Florida 32241

First Premier Bank
3820 North Louise Ave
Sioux Falls SD. 57107

Merchants Credit Guide
223. W Jackson Blvd
Chicago IL 60606

Montgomery ward
1112 7th Ave
Monroe, WI 53566

Santander Consumer
8585 North Stemmons Fwy
Suite 1100 Dallas Texas 75247

Seventh Ave.
1112 7th Ave
Monroe WI 53566

Covington Credit.
405 N McDonald street suite c
McKinney Texas 75069

Verizon
500 Technology drive suite 300
Weldon springs MO. 63304

United Revenue
204 Billing Street suite 120
Arlington Texas 76010

Collen JP Court 1
2300 Bloomingdale road
McKinney, Texas 75071

Gold star
1500 W University Dr.
McKinney Texas, 75069

ICR Collections
169 Myers Corners Road
Suite 110
Wappingers Falls, New York 12590

Central Finance and Control
Midland Funding llc
8875 AERD Drive suite 200
San Diego CA, 92123

RJm Acquisitions
575 Underhill Blvd Suite 224
Syosset NY, 11791

Central Financial
P O Box 66087
Dallas Texas, 75266

AD Astra Recovery
3611 Northridge Road 104
Wichita KS 67205

Crd Prt Associate
One Galleria Tower 13355 Noel road
Dallas Texas.

Syndicated Office System
Po Box 660873
Dallas, Texas 75266

First Cash Advance
690 East Lamar Blvd., Suite 400
Arlington, TX 76011