**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

Eastern District of Texas

**Case No. 15−41068**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Angelica Denise Tate
5910 Lafayette Ln.
Frisco, TX 75035

Social Security No.:
xxx−xx−1801

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 9/11/15

Brenda T. Rhoades
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Texas

In re:
Angelica Denise Tate
Debtor

Case No. 15-41068-btr
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: sheppardm Page 1 of 1 Date Rcvd: Sep 11, 2015
Form ID: B18 Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2015.

db +Angelica Denise Tate, 5910 Lafayette Ln., Frisco, TX 75035-7937
6955847 AD Astra Recovery, 3611 Northridge Road, 104, Wichita, KS 67205
6955829 +Central Finance and Control, Midland Funding llc, 8875 AERD Drive, Ste 200, San Diego, CA 92123-2255
6955846 Central Financial, P O Box 66087, Dallas, TX 75266
6955827 +Collen JP Court 1, 2300 Blomingdale Road, McKinney, TX 75071-8517
6955824 +Covington Credit, 405 N. McDonald Street, Suite C, McKinney, TX 75069-3911
6955818 +Enhance Recover, P O Box 57547, Jacksonville, FL 32241-7547
6955850 +First Cash Advance, 690 East Lamar Blvd., Suite 400, Arlington, TX 76011-3864
6955828 +Gold Star, 1500 W. Uniersity Dr., McKinney, TX 75069-5000
6955851 +ICR Collections, 169 Myers Corners Road, Suite 110, Wappingers Falls, NY 12590-3868
6955820 +Merchants Credit Guide, 223 W. Jackson Blvd., Chicago, IL 60606-6914
6955821 +Montgomrey Ward, 1112 7th Ave, Monroe, WI 53566-1364
6955845 #+RJM Acquisitions, 575 Underhill Blvd., Suite 224, Syosset, NY 11791-4437
6955823 +Seventh Ave, 1112 7th Ave., Monroe, WI 53566-1364
6955849 +Syndicate Office System, P O Box 600873, Dallas, TX 75360-0873
6955826 +United Revenue, 204 Billing Street, Suite 120, Arlington, TX 76010-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: QCMOSER.COM Sep 12 2015 01:38:00 Christopher Moser, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070
6993820 +EDI: ATLASACQU.COM Sep 12 2015 01:38:00 Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
6955848 +EDI: CREDPROT.COM Sep 12 2015 01:38:00 Crd Prt Associate, One Galleria Tower, 13355 Noel Road, Dallas TX 75240-6826
6955816 +EDI: CREDPROT.COM Sep 12 2015 01:38:00 Credit Protection Associates, One Galleria Tower, 13355 Noel Road, Dallas, TX 75240-6837
6955817 +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Sep 12 2015 01:49:18 Credit System, 1277 Country Club, Fort Worth, TX 76112-2304
6955819 +EDI: AMINFOFP.COM Sep 12 2015 01:38:00 First Premier Bank, 3820 North Louise Ave, Sioux Falls, SD 57107-0145
6955822 +EDI: DRIV.COM Sep 12 2015 01:38:00 Santander Consumer, 8585 North Stemmons Fwy, Suite 1100, Dallas, TX 75247-3822
6955825 +EDI: VERIZONEAST.COM Sep 12 2015 01:38:00 Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225

TOTAL: 8

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2015 at the address(es) listed below:
NONE.

TOTAL: 0